UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL NO. 1:11-cv-2310 (RMC) |
| : | |
| $10,000 IN UNITED STATES : | |
| CURRENCY : | |
| : | |
| Defendant. : | |
| : | |

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement ("Agreement") is entered into among the United States of America, by and through its attorney, Channing D. Phillips, United States Attorney for the District of Columbia, and Anthony Lamar Hunter Richardson, by and through his attorney, Stuart Johnson.

WHEREAS, on or about December 30, 2011, the United States of America filed a Verified Complaint for Forfeiture In Rem in the above-styled action against the defendant currency,

WHEREAS, Anthony Lamont Hunter Richardson by and through his attorney, Stuart Johnson, filed a claim for the defendant currency in said action on or about February 2, 2012,

WHEREAS, no other person filed a claim, and accordingly the only claimant to this action is Anthony Lamont Hunter Richardson,

WHEREAS, the United States of America and the sole claimant have agreed to settle and adjust their differences on the basis set forth below,

1

THEREFORE, KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, including the payments, agreements, and releases described herein, the sufficiency of which are hereby expressly acknowledged, the undersigned parties agree to the following disposition of this matter:

1. The United States of America agrees to return the defendant currency ($10,000.00), less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect pursuant to the Debt Collection Improvement Act of 1966, Title 31, United States Code, Section 3716 and other programs such as the Treasury Offset Program, to the claimant.

2. The claimant hereby releases and forever discharges the United States of America, the Federal Bureau of Investigation, the United States Marshal's Service, the Drug Enforcement Agency, the Metropolitan Police Department, and the departments, representatives, officers, agents, attorneys, and employees of the entities herein above named, all of whom are hereby expressly acknowledged as third-party beneficiaries of this Settlement Agreement, of and from any and all civil liabilities, claims or causes of action whatsoever at law or in equity, whether now known or hereafter discovered, including without limitation all civil claims and causes of action asserted in any Petition for Remission or Claim contesting the forfeiture of the defendant property, or arising out of the seizure of the defendant property.

3. Notwithstanding this Agreement, any criminal liability claims or liability claims arising under Title 26, U.S. Code (Internal Revenue Code) are specifically reserved and are not released. Nothing in this paragraph or any other provision of this Agreement constitutes an agreement by the United States concerning the characterization of the settlement amount for purposes of the Internal Revenue laws, Title 26 of the U.S. Code.

4. Each party shall bear its own costs incurred with respect to the forfeiture action.

5. This agreement is binding upon the successors, transferees, heirs, and assigns of the claimant.

6. This Settlement Agreement constitutes the entire agreement between the parties concerning the subject matter herein, all prior understandings and commitments being either merged herein or superseded hereby. The consideration recited herein is the sole and only consideration, and there have been no promises, representations, or collateral contemporaneous agreements made other than those set forth herein.

7. The undersigned attorneys represent and warrant that they are fully authorized to execute this Agreement on behalf of the persons and entities indicated below.

SO STIPULATED AND AGREED:

/s/ Channing D. Phillips
CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: /s/ Zia M. Faruqui                 1-5-16
ZIA M. FARUQUI                         (Date)
Assistant United States Attorney
D.C. Bar No. 494-990
555 Fourth Street, N.W.,
Washington, D.C. 20530
202-252-7117
Zia.Farqui@usdoj.gov

_____  1/4/16
ANTHONY HUNTER RICHARDSON   (Date)


_____  1-4-2016
STUART F. JOHNSON   (Date)
1004 Butterworth Ln,
Upper Marlboro, MD 20774
(301) 336-8222
stuart.johnson.esq@gmail.com

4